IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case Number 08-cv-0254-bbc |
| SCOTT G. SCHILLING, SHELBA J. SCHILLING, and DEAN SCHILLING, | ) ) ) ) |
| Defendants. | ) ) |

**ORDER VACATING JUDGMENT OF FORECLOSURE
AND DISMISSING ACTION**

The plaintiff, United States of America, having moved to vacate the judgment of foreclosure pursuant to Fed. R. Civ. P. 60(b)(5) and dismiss the above captioned case with prejudice and without costs,

IT IS HEREBY ORDERED that the judgment of foreclosure and sale dated August 14, 2008, is vacated pursuant to Fed. R. Civ. P 60(b)(5).

IT IS FURTHER ORDERED that this case is dismissed with prejudice and without costs.

Entered this 21st day of October, 2008.

BY THE COURT:

_Barbara B. Crabb_
BARBARA B. CRABB
Chief Judge
United States District Court
Western District of Wisconsin